UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO: 00-8074-CR-MIDDLEBROOKS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

KELCEY RIDDICK,

    Defendant(s).
_____/

FILED by _____ D.C.
JUL 14 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA. MIAMI

### SEALED ORDER

It appearing to the court that the above-named defendant is a fugitive from justice, it is therefore,

ORDERED AND ADJUDGED that the Clerk of Court shall remove the case from the Court's Pending Case List and shall place the case on the Clerk's Fugitive Case List.

DONE AND ORDERED at Miami, Florida, this 14 day of July, 2000.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

cc:    AUSA Karen Atkinson

# United States District Court

00-8074   CR-MIDDLEBROOKS

| | DISTRICT | DOCKET NO. | MAGISTRATE CASE NO. |
|---|---|---|---|
| UNITED STATES OF AMERICA v. KELCEY RIDDICK | | | MAGISTRATE JUDGE JOHNSON |

**NAME AND ADDRESS OF INDIVIDUAL TO BE ARRESTED**

PALM BEACH COUNTY JAIL
WEST PALM BEACH, FL

**WARRANT ISSUED ON THE BASIS OF:**   xbox Order of Court

DOB: 02/20/77   SSN: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
B/M

**TO:** United States Marshals Service or any other authorized representative

**DISTRICT OF ARREST**

**CITY**

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available magistrate to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

POSSESSION WITH INTENT TO DISTRIBUTE A SCHEDULE II CONTROLLED SUBSTANCE

FILED BY _____
00 JUN 15 PM 4:03
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - WPB

| IN VIOLATION OF | UNITED STATES CODE TITLE | SECTION |
|---|---|---|
| | 21 | 841 (a)(1); 846 |

**BAIL FIXED BY COURT**  none, detain

**OTHER CONDITIONS OF RELEASE**

**ORDERED BY**
ANN E. VITUNAC
UNITED STATES MAGISTRATE JUDGE

**SIGNATURE (JUDGE/U.S. MAGISTRATE)**  Ann Vitunac

**DATE**  6-15-2000

**CLERK OF COURT**
CLARENCE MADDOX

**(BY) DEPUTY CLERK**  Sandra Acevedo

**DATE ISSUED**  6-15-2000

### RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED | | |

[1] United States Judge or Judge of a State Court of Record



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. **00-8074 CR-MIDDLEBROOKS**

21 U.S.C. 841(a)(1)
21 U.S.C. 860

MAGISTRATE JUDGE
JOHNSON

UNITED STATES OF AMERICA,

Plaintiff,

vs.

KELCEY RIDDICK,

Defendant.
_____/

### INDICTMENT

THE GRAND JURY CHARGES THAT:

#### COUNT ONE

On or about December 2, 1999, in Boynton Beach, Florida, in Palm Beach County, in the Southern District of Florida, the defendant,

KELCEY RIDDICK,

did knowingly and intentionally possess with the intent to distribute a Schedule II controlled substance, that is, a mixture and substance containing a detectable amount of cocaine base, commonly know as crack cocaine, in violation of Title 21, United States Code, Section 841(a)(1).

1



## COUNT TWO

On or about December 2, 1999, in Boynton Beach, Florida, in Palm Beach County, in the Southern District of Florida, the defendant,

KELCEY RIDDICK,

did knowingly and intentionally distribute a Schedule II controlled substance, that is, a mixture and substance containing a detectable amount of cocaine base, commonly known as crack cocaine, within a 1000 feet of a housing facility owned by a public housing authority, that is the Palm Beach County Housing Authority, Cherry Hill Complex, all in violation of Title 21, United States Code, Sections 841(a)(1) and 860.

A TRUE BILL

FOREPERSON

GUY A. LEWIS
UNITES STATES ATTORNEY

KAREN L. ATKINSON
ASSISTANT UNITED STATES ATTORNEY

2

<u>KELCEY RIDDICK</u>
DEFENDANT

Pretrial Detention is recommended as to defendant.

_____
KAREN L. ATKINSON
ASSISTANT UNITED STATES ATTORNEY

CR-MIDDLEBROOKS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA       CASE NO.   00-8074

**CERTIFICATE OF TRIAL ATTORNEY***

MAGISTRATE JUDGE
JOHNSON

KELCEY RIDDICK               Superseding Case Information:

**Court Division**: (Select One)       New Defendant(s)    Yes ___  No X___
                                       Number of New Defendants N/A
___ Miami   ___ Key West               Total number of counts   5
___ FTL   X  WPB ___ FTP               Correction of date when felony was committed

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:(Yes or No)    NO

4. This case will take 3 days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                    (Check only one)

   I    0 to 5 days        X___      Petty
   II   6 to 10 days                  Minor
   III  11 to 20 days                 Misdem.
   IV   21 to 60 days                 Felony       X___
   V    61 days and over

6. Has this case been previously filed in this District Court? (Yes or No) NO   If yes:
Judge: _____
(Attach copy of dispositive order)

Has a complaint been filed in this matter? (Yes or No) NO
If yes:
Magistrate Case No.
Related Miscellaneous numbers:
Defendant(s) in federal custody as of
Defendant(s) in state custody as of
Rule 20 from the _____       District of

Is this a potential death penalty case? (Yes or No)  NO

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___Yes  X  No    If yes, was it pending in the Central Region? ___Yes ___No

KAREN L. ATKINSON
ASSISTANT UNITED STATES ATTORNEY
FLA BAR NO. 178603

*Penalty Sheet(s) attached                                              REV.3/19/99
N:\udd\pmartin\indictpkg\WPB99CERTIFICATE.TRIAL.wpd

### PENALTY SHEET

Defendant Name: KELCEY RIDDICK

CR-MIDDLEBROOKS
00-8074
MAGISTRATE JUDGE
JOHNSON

**Count: 1**

Max. Penalty: 0-20 YEARS IMPRISONMENT  $1,00,000 FINE

========================================================

**Count: 2**

Max. Penalty: 1-40 YEARS IMPRISONMENT  $2,000,000 FINE

========================================================

**Count:**

Max. Penalty:

========================================================

**Count #**

Max. Penalty:

========================================================

**Count**

Max. Penalty:

========================================================

*This is merely a preliminary estimate of the maximum possible incarceration. It does not include any other possible consequences including but not limited to fine, special assessment, restitution, special parole, probation, supervised release, etc.

No. _____

# UNITED STATES DISTRICT COURT

Southern _____ District of _____ Florida _____

_____ Northern _____ Division _____

## THE UNITED STATES OF AMERICA

vs.

KELCEY RIDDICK

## INDICTMENT

21 U.S.C. 841(a)(1)
21 U.S.C. 860

A true bill.

_____
Foreman

Filed in open court this 15 day
of June, A.D. 2000

_____
Clerk

Bail. $ _____

GPO 883 528

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

# 00-8074 CR-MIDDLEBROOKS

MAGISTRATE JUDGE
JOHNSON

IN RE:

99-01(WPB)

_____/

### ORDER TO SEAL

This cause came before this Court on the Government's Motion to Seal.

The Court being fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that the Government's Motion is hereby granted, and the Clerk of the Court shall seal the Indictment until further order of the Court or until the arrest of the defendant.

DONE AND ORDERED at West Palm Beach, Florida, this ____ day of JUNE, 2000.

HONORABLE ANN E. VITUNAC
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

# 00-8074 CR-MIDDLEBROOKS

IN RE:

99-01 (WPB)

_____/

MAGISTRATE JUDGE
JOHNSON

**MOTION TO SEAL INDICTMENT**

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and hereby requests this Honorable Court to seal the attached Indictment until further order of the Court, or until the arrest of the defendant.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____
KAREN L. ATKINSON
ASSISTANT UNITED STATES ATTORNEY
FLA BAR NO. 178603
500 Australian Avenue, Suite 400
West Palm Beach, FL 33401
(561) 820-8711
(561) 820-8777(FAX)

