KLA:pam

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-8074-CR-MIDDLEBROOKS/Johnson(s)
21 U.S.C. 841(a)(1)
21 U.S.C. 860

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

KELCEY RIDDICK, a/k/a
Kelsey Riddick,

    Defendant.
_____/

## SUPERSEDING INDICTMENT

THE GRAND JURY CHARGES THAT:

At all times relevant to the indictment,

A.    The defendant, KELCEY RIDDICK, a/k/a Kelsey Riddick, was previously convicted of a felony drug offense which had become final, that is on or about May 29, 1998, in the Fifteenth Judicial Circuit Court in and for Palm Beach County in Case Number 98-3276CF of a crime punishable by a term of imprisonment exceeding one year, that is possession of marijuana with intent to sell.

B.    The defendant, KELCEY RIDDICK, a/k/a Kelsey Riddick, was previously convicted of a felony drug offense which had become final, that is on or about May 17, 1996, in the Fifteenth



Judicial Circuit Court in and for Palm Beach County in Case Number 96-00822CF of a crime punishable by a term of imprisonment exceeding one year, that is possession of cocaine.

## COUNT ONE

The allegations contained in Paragraphs A and B are realleged and incorporated by reference.

On or about December 2, 1999, in Boynton Beach, Florida, in Palm Beach County, in the Southern District of Florida, the defendant, KELCEY RIDDICK, a/k/a Kelsey Riddick did knowingly and intentionally possess with the intent to distribute a Schedule II controlled substance, that is, a mixture and substance containing a detectable amount of cocaine base, commonly known as crack cocaine, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT TWO

The allegations contained in Paragraphs A and B are realleged and incorporated by reference.

On or about December 2, 1999, in Boynton Beach, Florida, in Palm Beach County, in the Southern District of Florida, the defendant, KELCEY RIDDICK, a/k/a Kelsey Riddick did knowingly and intentionally distribute a Schedule II controlled substance, that is, a mixture and substance containing a detectable amount of cocaine base, commonly known as crack cocaine, within a 1000 feet of a housing facility owned by a public housing authority, that is the Palm Beach County Housing Authority, Cherry Hill Complex, all in violation of Title 21,

United States Code, Sections 841(a)(1) and 860.

                                                          A TRUE BILL

                                                          *[signature]*
                                                          FOREPERSON

*[signature]*
GUY A. LEWIS
UNITES STATES ATTORNEY

*[signature]*
KAREN L. ATKINSON
ASSISTANT UNITED STATES ATTORNEY

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.
KELCEY RIDDICK, a/k/a Kelsey Riddick

CASE NO. 00-8074-CR-MIDDLEBROOKS(s)

### CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

**Court Division:** (Select One)

\_\_ Miami   \_\_ Key West
\_\_ FTL   X WPB   \_\_ FTP

New Defendant(s)    Yes \_\_    No X
Number of New Defendants    \_\_
Total number of counts    2

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No) NO
   List language and/or dialect \_\_\_\_

4. This case will take 3 days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                    (Check only one)

   I    0 to 5 days       X          Petty       \_\_
   II   6 to 10 days      \_\_         Minor       \_\_
   III  11 to 20 days     \_\_         Misdem.     \_\_
   IV   21 to 60 days     \_\_         Felony      X
   V    61 days and over  \_\_

6. Has this case been previously filed in this District Court? (Yes or No) YES
   If yes:
   Judge: MIDDLEBROOKS        Case No. 00-8074-CR
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No) NO
   If yes:
   Magistrate Case No. \_\_
   Related Miscellaneous numbers: \_\_
   Defendant(s) in federal custody as of \_\_
   Defendant(s) in state custody as of \_\_
   Rule 20 from the \_\_    District of \_\_

   Is this a potential death penalty case? (Yes or No) X

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? \_\_ Yes   X No   If yes, was it pending in the Central Region? \_\_ Yes \_\_ No

8. Did this case originate in the Narcotics Section, Miami? \_\_ Yes   X No

KAREN L. ATKINSON
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 178603

*Penalty Sheet(s) attached

REV.6/27/00

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

Defendant Name: KELCEY RIDDICK, a/k/a Kelsey Riddick

Count: 1

Max. Penalty: 0-20 YEARS IMPRISONMENT $1,000,000 FINE

=================================================================

Count: 2

Max. Penalty: 1-40 YEARS IMPRISONMENT $2,000,000 FINE

=================================================================

Count:

Max. Penalty:

=================================================================

Count: 4

Max. Penalty:

=================================================================

Count

Max. Penalty:

=================================================================

*This is merely a preliminary estimate of the maximum possible incarceration. It does not include any other possible consequences including but not limited to fine, special assessment, restitution, special parole, probation, supervised release, etc.