| CR 12 (Rev. 9/82) | **WARRANT FOR ARREST** | AUSA ATKINSON/HARDLEY/DEA |
|---|---|---|

# United States District Court
## SOUTHERN DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | DOCKET NO. 00-8074 | MAGISTRATE CASE NO. CR-MIDDLEBROOKS MAGISTRATE JUDGE JOHNSON |
|---|---|---|
| v. KELCEY RIDDICK | | NAME AND ADDRESS OF INDIVIDUAL TO BE ARRESTED PALM BEACH COUNTY JAIL WEST PALM BEACH, FL |
| WARRANT ISSUED ON THE BASIS OF: x☐ Order of Court | | DOB: 02/20/77 SSN: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 B/M |
| TO: United States Marshals Service or any other authorized representative | | DISTRICT OF ARREST CITY |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available magistrate to answer to the charge(s) listed below.

### DESCRIPTION OF CHARGES

POSSESSION WITH INTENT TO DISTRIBUTE A SCHEDULE II CONTROLLED SUBSTANCE

| IN VIOLATION OF | UNITED STATES CODE TITLE 21 | SECTION 841 (a)(1); 846 |
|---|---|---|
| BAIL FIXED BY COURT none detain | OTHER CONDITIONS OF RELEASE | |
| ORDERED BY ANN E. VITUNAC UNITED STATES MAGISTRATE JUDGE | SIGNATURE (JUDGE/U.S. MAGISTRATE) | DATE 6-15-2000 |
| CLERK OF COURT CLARENCE MADDOX | (BY) DEPUTY CLERK Sandra Acevedo | DATE ISSUED 6-15-2000 |

**RETURN**

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED | | |

[1] United States Judge or Judge of a State Court of Record