UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-8074-CR-MIDDLEBROOKS

UNITED STATES OF AMERICA
      Plaintiff,

vs.

KELCEY RIDDICK,
      Defendant.
_____/



## ORDER AMENDING JUDGMENT AND COMMITMENT ORDER

**THIS MATTER** is before the Court upon the Petition of the United States Probation Office for revocation of supervised release. A final revocation hearing was conducted on June 6, 2007. Being fully advised as to the facts and circumstances of this case, it is

**ORDERED AND ADJUDGED** that the Defendant's period of supervised release is hereby **REVOKED**. Defendant is sentenced to 5 (five) months imprisonment. No supervision will follow. The Defendant is hereby remanded to the custody of the U.S. Marshal. The Court recommends that Defendant be designated to a facility in South Florida.

**DONE AND ORDERED,** in West Palm Beach, Florida, this 6 day of April, 2007.

                              DONALD M. MIDDLEBROOKS
                              UNITED STATES DISTRICT JUDGE

cc:    Counsel of Record
        USPO
        USMS